IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Esfandiar Nikbakhsh-Tali,<br>　　　　Petitioner,<br>vs.<br>Thomas Long, et al.,<br>　　　　Respondents. | No. CV 06-02121 PHX NVW<br><br>**ORDER** |

Before the court is Petitioner's Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2241 (doc. # 1). On June 4, 2007, United States Magistrate Judge Hector C. Estrada issued a Report and Recommendation ("R & R") (doc. # 24) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the petition be denied. The Magistrate Judge advised the parties that they had ten days to file objections to the R & R. R & R at 9 (citing 28 U.S.C. § 636(b)). No objections were filed.

Because the parties did not file objections, the court need not review any of the Magistrate Judge's determinations on dispositive matters. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The absence of a timely objection also means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a)

1  ("Within 10 days after being served with a copy of the magistrate judge's order, a party may
2  serve and file objections to the order; a party may not thereafter assign as error a defect in
3  the magistrate judge's order to which objection was not timely made."); *Simpson v. Lear*
4  *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117, 1120-
5  21 (9th Cir. 2002).

6      Notwithstanding the absence of an objection, the court has reviewed the R & R and
7  finds that it is well taken. The court will accept the R & R and deny the Petition. *See* 28
8  U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or
9  in part, the findings or recommendations made by the magistrate").

10      IT IS THEREFORE ORDERED accepting the Report and Recommendation of
11  Magistrate Judge Estrada (doc. # 24).

12      IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus
13  pursuant to Title 28, U.S.C. § 2241 (doc. # 1) is denied.

14      IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment denying
15  the Petition. The Clerk shall terminate this action.

16      DATED this 27th day of June 2007.

_____
Neil V. Wake
United States District Judge